Note: This disposition is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

August 5, 2022

**ERRATA**

---

Appeal No. 2021-2222

### A. O. SMITH CORPORATION, AOS HOLDING COMPANY,
*Plaintiffs-Appellees*

**v.**

### BRADFORD WHITE CORPORATION,
*Defendant-Appellant*

---

Decided: August 3, 2022
Non-precedential Opinion

---

Please make the following change to the concurrence:

On page 1 line 7, please change "inbi" to in.